# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | CV 20-11269 SB (ASx) | Date: | April 26, 2021 |
|---|---|---|---|

| Title: | *Eliza Sedaghatfar v. Zarifian, Inc. et al* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     [In Chambers]

Default by the Clerk was entered as to <u>as to Zarifian, Inc., Piran Zarifian, Bao Foot Spa</u> on 3/26/2021.  Plaintiff is hereby ordered to show cause in writing by not later than **May 10, 2021** why this case should not be dismissed for lack of prosecution.

The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

● the filing of a motion for entry of default judgment;

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  **Failure to respond to the court's Order shall result in the dismissal of the action.**

**IT IS SO ORDERED**.