UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-11269 SB (ASx) | Date: | May 11, 2021 |
|---|---|---|---|

| Title: | *Eliza Sedaghatfar v. Zarifian, Inc. et al* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **[In Chambers]  FAILURE TO RESPOND TO OSC**

On 4/26/2021, the Court issued an Order to Show Cause re dismissal for Plaintiffs' lack of prosecution.  The Court advised Plaintiffs that it would consider Plaintiffs' filing of the filing of a motion for entry of default judgment as an appropriate response to this Order to Show Cause, on or before 5/10/2021.  Plaintiffs have failed to comply.  Accordingly, the Court hereby DISMISSES this case for lack of prosecution, without prejudice.

JS-6